GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Philip R. Sellinger
Laurie A. Poulos
(973) 360-7900
(973) 301-8410 (fax)

*Attorneys for Defendants*
*Selling Source, LLC and*
*PartnerWeekly, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAMELA DEAN,<br><br>             Plaintiff,<br><br>v.<br><br>FIRST BANK OF DELAWARE, SELLING SOURCE, LLC, AND PARTNERWEEKLY, LLC d/b/a MONEY MUTUAL,<br><br>             Defendants. | Civil Action No.<br><br>**DEFENDANTS SELLING SOURCE, LLC'S AND PARTNERWEEKLY, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Selling Source, LLC ("Selling Source"), by and through their undersigned counsel, and in accordance with Fed. R. Civ. P. 7.1, states that defendant Selling Source is a limited liability company organized under the laws of Delaware. Selling Source is a privately held company, has no parent corporation and no publicly held corporation owns any interest in Selling Source. Selling Source is a holding company that owns other entities that engage in internet marketing.

PartnerWeekly, LLC is a limited liability company organized under the laws of Nevada and is wholly-owned by Selling Source LLC.

                          GREENBERG TRAURIG, LLP
                          200 Park Avenue
                          Florham Park, New Jersey  07932
                          (973) 360-7963 (phone)
                          (973) 301-8410 (fax)

                          *Attorneys for Selling Source, LLC and PartnerWeekly, LLC*


By: /s/ *Philip R. Sellinger*
      Philip R. Sellinger
      Laurie A. Poulos

Dated:  December 14, 2011